**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7477**

———————

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee,

      versus

HUSSEIN DABBOUS,

                               Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-91-73)

———————

Submitted:  February 21, 2003      Decided:  March 10, 2003

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Hussein Dabbous, Appellant Pro Se.  Kenneth E. Melson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hussein Dabbous seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and denying his motion for reconsideration. We have reviewed the record and conclude for the reasons stated by the district court that Dabbous has not made a substantial showing of the denial of a constitutional right. See United States v. Dabbous, No. CR-91-73 (E.D. Va. Oct. 2, 1996; Nov. 5, 1996). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED